Philip M. Levin (CSB #113178) (EOIR #CW251343)
Attorney for the Plaintiff
Philip Levin & Associates, P.C.
930 Montgomery Street, Suite 502
San Francisco, CA 94133
Ph. 800.974.2691 | Facsimile 415.233.8340

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUN KEUN ON | Civil Action No. 5:22-cv-00582-NC |
| Plaintiff, | |
| vs | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | **MOTION TO DISMISS AND [PROPOSED] ORDER** |
| -AND- | |
| DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES' SAN JOSE FIELD OFFICE | |
| Defendants | |

Counsel for Plaintiff, Yunkeun ON, requests dismissal of this action without prejudice in that a final decision was rendered on or about May 22, 2022 by the United States Citizenship and Naturalization Services ("USCIS") concerning the Form I-485, Application to Adjust Status, filed on August 27, 2018 by Mr. ON.

Respectfully submitted this 8th day of August, 2022.

MOTION TO DISMISS AND [PROPOSED] ORDER - 1

*[signature]*

Philip M. Levin
Attorney for the Plaintiff
Philip Levin & Associates, P.C.
930 Montgomery Street, Suite 502
San Francisco, CA 94133

[~~PROPOSED~~] ORDER

Pursuant to the request of Counsel for Plaintiff, IT IS SO ORDERED.

Date: August 15, 2022



_____
NATHANAEL
United States

GRANTED
Judge Nathanael M. Cousins

MOTION TO DISMISS AND [~~PROPOSED~~] ORDER - 2

Philip M. Levin (CSB #113178) (EOIR #CW251343)
Philip Levin & Associates, P.C.
930 Montgomery Street, Suite 502
San Francisco, CA 94133
Ph. 800.974.2691 | Facsimile 415.233.8340
philip.levin@pmlevinimmigration.com

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

ON, Yun Keun (A215-843-202)         Civil Action No. 5:22-cv-00582-NC

vs.                                  **PROOF OF SERVICE**

United States Citizenship and Immigration Services, Director of the USCIS San Jose, California Field Office, United States Attorney General for the N.D. of California, et al.

I, the undersigned, declare:

That I am an employee of Philip Levin & Associates, P.C. and my business address is 930 Montgomery Street, Suite 502, San Francisco, California, 94133.

That I served a copy of:

**MOTION TO DISMISS and [PROPOSED] ORDER**

by USPS mail to the:

United States Citizenship and Immigration Services
Director of the USCIS San Jose Field Office
5900 Capital Gateway Drive, Mail Stop 2120
Camp Springs, MD 20588

U.S. Attorney for the N.D. of California
450 Golden Gate Avenue
San Francisco, CA 94102

Civil Process Clerk
U.S. Attorney's Office
Central District of California
300 North Los Angeles Street, Suite 7516
Los Angeles, CA 90012

U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Executed this 8th day of August, 2022 in San Francisco, California.

Scott A. Wilkinson
Attorney at Law